# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER JOSEPH BORNE

NO. 2024 KW 1159

**DECEMBER 2, 2024**

---

In Re: Christopher Joseph Borne, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 619904.

---

**BEFORE:  McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

> PMc
> JEW
> WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT